**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rickey LEWIS, Defendant—Appellant.**

No. 07–50152.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 22, 2008.

Christopher K. Lui, United State Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James M. Crawford, Esq., Orange, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Rickey Lewis appeals from his 151–month sentence for bank robbery and attempted bank robbery, in violation of 18 U.S.C. § 2113(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

L.Ed.2d 493 (1967), Lewis's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the sentence is **AFFIRMED.**